No. 3,561.—JOHN M. TIERNEY ET AL., APPELLANTS, *v.* MILL AND SMELTERMEN'S UNION ET AL., RESPONDENTS.

*Appeal from District Court of Cascade County.*

Decided September 18, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with the stipulation of counsel.

*Mr. Geo. A. Judson,* for Appellants.

*Messrs. Freeman & Thelen,* for Respondents.

---

No. 3,695.—STATE EX REL. GEO. L. METCALF, APPELLANT, *v.* N. J. TILLMAN, RESPONDENT.

*Appeal from District Court of Ravalli County; R. Lee Mc-Culloch, Judge.*

Decided October 4, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is this day, after due consideration, by the court granted and said appeal is accordingly dismissed.

*Messrs. Johnson & Tucker,* for Appellant.

*Mr. H. S. Myers* and *Messrs. O'Hara & Madeen,* for Respondent.